DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RACHAEL HICKS,**
Appellant,

v.

**VIRGINIA FRAZIER,**
Appellee.

No. 4D20-254

[July 29, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 50-2019-DR-005038-XXXX-NB.

Brendon Carrington and Benjamin T. Hodas of Fisher Potter Hodas, PL, West Palm Beach, for appellant.

Peter L. Gladstone and Denise L. Schneider and Tova N. Verchow of Gladstone & Weissman, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KUNTZ, JJ., and FAHNESTOCK, FABIENNE, E., Associate Judge, concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***